| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   ASC Insulation Fireproofing and Supplies, Inc.,

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)   36-3783424

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **607 Church Rd** <br> **Elgin, IL 60123** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Kane** <br> County | **Location of principal assets, if different from principal place of business** <br> **607 Church Rd Elgin, IL 60123** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   www.ascfireproofing.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **ASC Insulation Fireproofing and Supplies, Inc.,**                     Case number (*if known*)
　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

Debtor **ASC Insulation Fireproofing and Supplies, Inc.,**     Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor __ASC Insulation Fireproofing and Supplies, Inc.,__  Case number (*if known*) _____
  Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __November 6, 2019__
MM / DD / YYYY

**X** __/s/ Mike Castro__    **Mike Castro**
Signature of authorized representative of debtor    Printed name

Title __President__

**18. Signature of attorney**

**X** __/s/ James A. Young & Richard Larsen__    Date __November 6, 2019__
Signature of attorney for debtor    MM / DD / YYYY

**James A. Young & Richard Larsen**
Printed name

**James Young Law**
Firm name

**85 Market Street**
**Elgin, IL 60123**
Number, Street, City, State & ZIP Code

Contact phone __847-608-9526__    Email address __jyoung@jamesyounglaw.com__

_____
Bar number and State

Fill in this information to identify the case:
Debtor name: **ASC Insulation Fireproofing and Supplies, Inc.,**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cement Masons Union** 739 S 25th Ave Bellwood, IL 60104 | | Union Liabilities | | | | $300,000.00 |
| **Chicago Labor's** 11645 Cermak Rd Westchester, IL 60154 | | Lawsuit | | | | $600,000.00 |
| **Department of Treasury** POBox 7346 Philadelphia, PA 19101-7346 | | Paroll Liabilities | | | | $450,000.00 |
| **Elan Visa** POBox 790408 Saint Louis, MO 63179 | | Credit Card | | | | $15,000.00 |
| **Eric J Ferandez& Co** 895 W Main Street Dundee, IL 60118 | | Accountant | | | | $17,000.00 |
| **ESB Master Card** 1001 S Randall rd Elgin, IL 60123 | | Credit Card | | | | $10,452.00 |
| **First Bankcard** POBox 2818 Omaha, NE 68103 | | Credit Card | | | | $10,799.00 |
| **Fox Valley Laborers Union** 2371 Bowes Rd Ste 500 Elgin, IL 60123 | | Union Liabilities | | | | $291,301.68 |
| **Hunch Blackwell** 2001 Ross Ave Ste 2000 Dallas, TX 75201 | | Legal Services | | | | $11,545.00 |

Debtor **ASC Insulation Fireproofing and Supplies, Inc.,**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Illinois Department employment secu POBox 4385 Chicago, IL 60680** | | **Taxes Owed** | | | | $60,000.00 |
| **Illinois Department of revenue PObox 19035 Springfield, IL 62794** | | **Taxes Owed** | | | | $76,849.43 |
| **Isolatek International 9205 Paysphere Circle Chicago, IL 60674** | | **Material Supplier** | | | | $220,000.00 |
| **James Peterson 3450 Royal Palm Dr North Port, FL 34288** | | **Loan** | | | | $124,477.61 |
| **James Peterson 3450 Royal Palm Dr North Port, FL 34288** | | **Loan** | | | | $41,021.14 |
| **Lourdes Castro** | | **Loan** | | | | $371,640.49 |
| **Midwest Fireproofing LLC 9404 Corsair Ste 102 Frankfort, IL 60423** | | **Material Supplier** | | | | $124,477.61 |
| **MTC 39W400 Bolcum Rd Saint Charles, IL 60174** | | **Money Loaned** | | | | $193,643.25 |
| **Slate Chase Card POBox 1423 Charlotte, NC 28201** | | **Credit Card** | | | | $10,282.00 |
| **St Charles Bank and Trust Co. 411 West Main Street Saint Charles, IL 60174** | | **90 days or less: Accountants recievable** | | $295,046.15 | **Unknown** | **Unknown** |
| **Stanchem 401 Berlin St East Berlin, CT 06023** | | **Material Supplier** | | | | $25,000.00 |

Cement Masons Union
739 S 25th Ave
Bellwood, IL 60104


Chicago Labor's
11645 Cermak Rd
Westchester, IL 60154


Department of Treasury
POBox 7346
Philadelphia, PA 19101-7346


Elan Visa
POBox 790408
Saint Louis, MO 63179


Eric J Ferandez& Co
895 W Main Street
Dundee, IL 60118


ESB Master Card
1001 S Randall rd
Elgin, IL 60123


First Bankcard
POBox 2818
Omaha, NE 68103


Fox Valley Laborers Union
2371 Bowes Rd
Ste 500
Elgin, IL 60123


Hunch Blackwell
2001 Ross Ave
Ste 2000
Dallas, TX 75201


Illinois Department employment secu
POBox 4385
Chicago, IL 60680


Illinois Department of revenue
PObox 19035
Springfield, IL 62794

Isolatek International
9205 Paysphere Circle
Chicago, IL 60674


James Peterson
3450 Royal Palm Dr
North Port, FL 34288


James Peterson
3450 Royal Palm Dr
North Port, FL 34288


Lourdes Castro



Midwest Fireproofing LLC
9404 Corsair
Ste 102
Frankfort, IL 60423


MTC
39W400 Bolcum Rd
Saint Charles, IL 60174


Slate Chase Card
POBox 1423
Charlotte, NC 28201


St Charles Bank and Trust Co.
411 West Main Street
Saint Charles, IL 60174


St Charles Bank and Trust Co.
411 West Main Street
Saint Charles, IL 60174


St Charles Bank and Trust Co.
411 West Main Street
Saint Charles, IL 60174


Stanchem
401 Berlin St
East Berlin, CT 06023

# United States Bankruptcy Court
## Northern District of Illinois

In re  **ASC Insulation Fireproofing and Supplies, Inc.,**  Case No.
Debtor(s)  Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **ASC Insulation Fireproofing and Supplies, Inc.,** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 6, 2019** | **/s/ James A. Young & Richard Larsen** |
| Date | **James A. Young & Richard Larsen** |
| | Signature of Attorney or Litigant |
| | Counsel for **ASC Insulation Fireproofing and Supplies, Inc.,** |
| | **James Young Law** |
| | **85 Market Street** |
| | **Elgin, IL 60123** |
| | **847-608-9526 Fax:847-841-3672** |
| | **jyoung@jamesyounglaw.com** |