# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ASC INSULATION FIREPROOFING ) | CHAPTER 11 |
| AND SUPPLIES, INC. ) | |
| ) | CASE NO. 19-31687 |
| ) | |
| Debtors. ) | JUDGE TIMOTHY A. BARNES |

## NOTICE OF MOTION

To: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **December 3, 2019 at 10:00 a.m.**, an attorney from the undersigned law firm shall appear before the Honorable Judge Timothy A. Barnes at the Dirksen Federal Building, 219 South Dearborn, Room 744, Chicago, IL 60604 and then and there present the attached Motion and this Notice of Motion.

## MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

### CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that I cause to be mailed a copy of the foregoing Notice and Motion as to any and all Creditors, by mailing the same in a properly addressed envelope, postage prepaid, from 85 Market Street, Elgin, Illinois 60123 before the hour of 5:00 p.m. on the 19th day of November 2019.

/s/ James A. Young
James A. Young
Attorney for Debtor

James A. Young, ARDC 6217342
James Young Law, LLC
85 Market Street
Elgin, Illinois 60123
PH: (847) 608-9526 FAX: (847) 847-3672

# SERVICE LIST

*Via Electronic Service and Fasimile Service*

Unites States Trustee
Patrick S. Layng
219 South Dearborn St.
Suite 873
Chicago, Illinois 60604
Fax: 312-886-5794
Email: USTPRegion11.ES.ECF@usdoj.gov

James A Young
85 Market Street
Elgin, IL 60123
8477931031
Fax : 8478413672
Email: jyoung@jamesyounglaw.com

Fox Valley Laborers Union
Catherine Chapman, Esq
Baum Sigman Auerbach & Newman
200 W. Adams St., Suite 2200
Chicago Il, 60606
Fax: 312-236-0241
Email: cchapman@baumsigman.com

Chicago Laborers and Pension Fund
Patrick Wallace, Esq
111 W. Jackson, Suite 1415
Chicago, IL 60606
Email: Patrickw@chilpwf.com
Fax: 312-692-1489

Cement Labor Union
Lucas Habeeb, Esq
Johnson & Krol, LLC
311 S. Wacker, Suite 1050
Chicago, IL 60606
Ph: 312-757-5472
Fax: 312-255-0449
Email: habeeb@johnsonkrol.com

*Via Fed Ex Overnight*

ASC Insulation Fireproofing and Supplies, Inc.,
607 Church Rd
Elgin, IL 60123

Cement Masons Union
739 S 25th Ave
Bellwood, IL 60104-1995

ESB Master Card
1001 S Randall Rd
Elgin, IL 60123-4106

Slate Chase Card
PO Box 1423
Charlotte, NC 28201-1423

St. Charles Bank and Trust Co.
411 West Main Street
St. Charles, IL 60174-1815
Attn: Rick M. Zonths, Vice President

MTC
39W400 Bolcum Rd.
Saint Charles, IL 60174-6985

First Bankcard
PO Box 2818
Omaha, NE 68103-2818

Illinois Department Employment Secu
PO Box 4385
Chicago, IL 60680

James Peterson
3450 Royal Palm Dr
North Port, FL 34288-8639

Chicago Laborer's Welfare &Pension Fund
11645 Cermak Rd
Westchester, IL 60154

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn, 7th Floor
Chicago, IL 60604-1702

Department of Treasury
PO Box 7346
Philadelphia, PA 19101-7346

Eric Fernandez & Co.
895 W Main Street
Dundee, IL 60118-2098

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

Fox Valley Laborers Union
2371 Bowes Rd.
Ste 500
Elgin, IL 60123-5523

US Bank
PO Box 5229
Cincinnati, OH 45201-5229

Hunch Blackwell
2001 Ross Ave.
Ste 20000
Dallas, TX 75201-2995

Ioslatek International
9205 Payshere Circle
Chicago, IL 60674-0001

Midwest Fireproofing LLC
9404 Corsair, Ste. 102
Frankfort, IL 60423-2534

Stanchen
401 Berlin St
East Berlin, CT 06023-1127

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ASC INSULATION FIREPROOFING | ) | |
| AND SUPPLIES, INC. | ) | CASE NO. 19-31687 |
| | ) | |
| Debtor(s) | ) | JUDGE TIMOTHY A. BARNES |

## MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

NOW COMES the Debtor, ASC INSULATION FIREPROOFING AND SUPPLIES, INC., by and through their attorneys, JAMES YOUNG LAW, and hereby moves this Honorable Court for the entry of an Order, pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure, extending time to file Schedules and a Statement of Financial Affairs. In support of this Motion, the Debtor represents as follows:

1. On November 6, 2019 ("Petition Date"), the Debtor filed a Voluntary Petition under the provisions of Chapter 11 of the United States Bankruptcy Court for the Northern District of Northern Illinois ("Bankruptcy Court").

2. Pursuant to the provisions of §§ 1107 and 1108 of the Bankruptcy Code, the Debtor has continued to operate its business and manage its business affairs as a Debtor-in-Possession.

3. The Debtor is a construction company that deals in insulation and fire proofing commercial buildings. The business enterprise employs a total of approximately 16 individuals and operates one (1) office primarily located in Elgin, Illinois.

4. Pursuant to § 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure ("Federal Bankruptcy Rules"), the Debtor is required to file Schedules of assets and liabilities ("Schedules") and a Statement of Financial Affairs ("Statements") within fourteen (14) days of the Petition Date.

5. The Federal Bankruptcy Rules further provide that, upon motion, the Court may order an extension of time within which the Schedules and Statements may be filed "for cause".

6. In order to prepare complete and accurate Schedules and Statements, the Debtor must gather and review a substantial amount of information and documentation related to its complex financial affairs. Although efforts have been made to complete the required pleadings within the period of time provided by the Federal Bankruptcy Rules, the Debtor anticipates that it may not be able to complete its Schedules and Statements within the time specified because of the pressing administrative and procedural issues inherent in the commencement of this large Chapter 11 bankruptcy case.

7. The Debtor and its professionals require the requested extension to ensure the accuracy and completeness of its Schedules and Statements.

8. Through this Motion, the Debtor requests an extension of fourteen (14) days of the deadline to file Schedules and Statements to December 3, 2019.

9. The Debtor says that it has informed the Office of the United States Trustee that it intends to extend the time to file Schedules and Statements.

WHEREFORE, the Debtor, ASC Insulation Fireproofing and Supplies, Inc., respectfully request that this Honorable Court enter an Order extending the deadline to file its Schedules and Statement of Financial Affairs to December 3, 2019 and providing such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/James A. Young
James A. Young
Attorney for Debtors

James A. Young, ARDC 6217342
James Young Law, LLC.
85 Market Street
Elgin, Illinois 60123
PH: (847) 608-9526 FAX: (847) 841-3672